UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-CR-20014

UNITED STATES OF AMERICA
     Plaintiff
vs.

JUAN ESCOBOSA DIAZ
     Defendant.

_____/

## SENTENCING MEMORANDUM

Defendant Juan Escobosa Diaz (hereafter "Escobosa Diaz"), is being sentenced upon his adjudication of guilty to Conspiracy to possess with intent to distribute five kilograms or more of cocaine on board a vessel subject to the jurisdiction of the United States, in violation of Title 46, Unites States Code, Section 70506(b).

## POST-BOOKER 3553(a) SENTENCING CONSIDERATIONS

### Escobosa Diaz's Personal Characteristics

Escobosa Diaz is currently 39 years old. He was born and raised in Moca, Dominican Republic. He was raised by his parents along with his siblings in a very low-income household. As a child he was sexually abused by his father's co-worker. This has left permanent damage to him both physically and mentally. Escobosa Diaz has a high school degree and works as a fisherman. He currently has 3 children, for whom he has always provided. He has made a very humble living for his family as a fisherman earning $800 a month.

### Reflect the Seriousness of the Offense, to Promote Respect for the Law, and to Provide Just Punishment for the Offense

Although this is a serious offense and Escobosa Diaz should be punished for what he did, a guideline sentence does not necessarily equate to a sentence that adequately reflects Escobosa

Diaz's personal characteristics. A guideline sentence in this case for Escobosa Diaz, when taking into account all other factors is excessively harsh for such a crime and an individual such as Escobosa Diaz. He understands and has admitted that his conduct is unacceptable and understands that he deserves to be punished.  Although not an excuse for his actions, he was lured by the ability to be able to provide a better life for his family.

The Need to Avoid Unwarranted Sentence Disparity

Escobosa Diaz deserves to be punished for his actions but should be punished proportionately with his conduct taking into account the punishment received by other individuals in his same position.

To Afford Adequate Deterrence of Criminal Conduct

Escobosa Diaz should be sentenced to a sentence that sends a message to individuals who transgress society's laws, and demonstrates that this conduct will not be tolerated, while at the same time complying with the mandate that the sentence should be sufficient, but not greater than necessary to accomplish the objectives established by 18 U.S.C. § 3553.

To Protect the Public from Further Crimes of the Defendant

This is a significant factor in imposing sentence. Escobosa Diaz has never had contact with law enforcement before this case. With the exception of the conduct in this case Escobosa Diaz has always been a hard-working law-abiding citizen. He has a supportive family, has learned from his mistakes, and is not likely to continue to commit crimes.

## CONCLUSION

For all of the above reasons, this Court should impose upon Escobosa Diaz a sentence minimally sufficient to achieve the statutory purpose of punishment considering all the above-mentioned factors.

Respectfully submitted,

*/s/Alfredo A. Izaguirre*
Alfredo A. Izaguirre, Esq.
338 Minorca Ave.
Coral Gables, FL 33134
Tel:(305)442-0425
Fax:(305)442-0429
FL Bar# 13556

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 31, 2022, I electronically filed the foregoing with the

Clerk of the Court using the CM/ECF system, which will send notice of electronic filing to all

parties.

*/s/Alfredo A. Izaguirre*
Alfredo A. Izaguirre, Esq.